

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| JOSEPH TERRELL SMITH<br>　　　　Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br>　　　　Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 6:15-cv-4118-MGL<br><br>**ORDER** |

This matter is before the Court on Plaintiff's Motion for Attorney's Fees under the Equal Access to Justice Act (EAJA) filed on November 2, 2016. *See* 28 U.S.C. § 2412. Plaintiff requests an award of $5,200 in attorneys' fees. Defendant does not object to Plaintiff's request.

In accordance with *Astrue v. Ratliff*, 560 U.S. 586, 595-98 (2010), EAJA fees awarded by this Court belong to the litigant, thus subjecting EAJA fees to offset under the Treasury Offset Program (31 U.S.C. § 3716(c)(3)(B) (2006)), and, therefore, this Court directs fees be payable to the Plaintiff and delivered to Plaintiff's counsel. Accordingly,

IT IS ORDERED that Plaintiff's motion under the EAJA is granted in the amount of $5,200 in attorney's fees.

IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　s/Mary Geiger Lewis
　　　　　　　　　　　　　　　　　　　　MARY GEIGER LEWIS
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Dated: December 13, 2016
Columbia, South Carolina